UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SLAWOMIR WARIAS,

                              Plaintiff,                      JUDGMENT

v.                                                          24-cv-04338-PKC

EIS ELECTRIC CORP., MARIUSZ BRZOZOWSKI,
and JAROSLAW ZALEWSKI,

                              Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 13, 2024; and Defendants, EIS ELECTRIC CORP., MARIUSZ BRZOZOWSKI, and RAFAL ZALEWSKI, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff SLAWOMIR WARIAS, for $8,000.00 (eight thousand dollars and zero cents) without prejudice and without costs, in full resolution of any and all claims by Plaintiff in this action; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff SLAWOMIR WARIAS, and against Defendants, EIS ELECTRIC CORP., MARIUSZ BRZOZOWSKI, and RAFAL ZALEWSKI, for $8,000.00 (eight thousand dollars and zero cents) without prejudice and without costs, in full resolution of any and all claims by Plaintiff in this action.

Dated:  Brooklyn, New York                             Brenna B. Mahoney
          January 23, 2025                                  Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                Deputy Clerk